UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:   March 24, 2023                          Judge:  Honorable Charles R. Breyer

Court Reporter: Irene Rodriguez
Time: 20 Minutes
Case No.: CR 21-0097 CRB
Case Name:  USA v. William F. Garlock (Present) (NC)

Attorney(s) for Government: Kyle Waldinger
Attorney(s) for Defendant(s): David Rizk

Deputy Clerk: Lashanda Scott

PROCEEDINGS

No Contest Plea hearing held.  The defendant was sworn.  Defendant entered a No Contest Plea to Counts 1 through 15 of the Superseding Indictment.  Sentencing hearing set for July 12, 2023 at 10:00 a.m., 17th floor, Courtroom 6, San Francisco.