```
JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      david_rizk@fd.org
```

Counsel for Defendant GARLOCK, et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–97 CRB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| WILLIAM GARLOCK, ET. AL., GEORGINA RODRIGUEZ, | |
| Defendants. | |

Defendants William Garlock and Georgina Rodriguez are scheduled for sentencing on December 13, 2023. Counsel for the defendants require additional time to prepare for sentencing. Therefore, the parties agree that sentencing be continued to March 15, 2023 at 9:30 a.m.

\\

\\

\\

\\

[PROPOSED] STIPULATED ORDER
*GARLOCK, ET. AL.*, CR 21–97 CRB

IT IS SO STIPULATED.

| December 5, 2023<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>KYLE WALDINGER<br>Assistant United States Attorney |
| December 5, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>DAVID RIZK<br>Attorney for William Garlock |
| December 5, 2023<br>Dated | /S<br>ADAM PENNELLA<br>Attorney for Georgina Rodriguez |

IT IS SO ORDERED.

| December 7, 2023<br>Dated | CHARLES BREYER<br>Senior United States District Judge |
|---|---|