# Exhibit 1

## Exhibit 1 – Examples of Uses of Investors' Funds in 2017



Bates CBT-0002988



Bates CBT-0002989



Bates CBT-0002988

1



Bates CBT-0002988



Bates CBT-0002990



Bates CBT-0003002