# Exhibit 2

**Exhibit 2**

## Payments to The Cove for Garlock Rent
## May 2015 to April 2019
(*See, e.g.*, Bates COVE-000042 *et seq.*)

| REMITTER | NUMBER OF CHECKS | APPROXIMATE TOTAL AMOUNT PAID |
|---|---|---|
| West Edge Halo, Inc. | 25 | $162,300 |
| William and/or Rosemarie Garlock | 9 | $42,500 |
| 2555 Pulgas EPA | 6 | $41,200 |
| Georgina Rodriguez [Ramirez] | 5 | $35,100 |
| 4850 67th Street | 3 | $33,500 |
| West Edge, Inc. | 2 | $12,600 |
| Unknown | 1 | $6,800 |
| Joselyn C Granados de Gouveia | 1 | $300 |