# Exhibit 4

# Exhibit 4 – Examples of Uses of Judgment Funds Paid by Mental Health Systems in 2018

2555 PULGAS EPA LLC
4663 PARDEE AVE
FREMONT, CA 94538

1294

DATE  JULY 18, '18

PAY TO THE ORDER OF  FARMERS INSURANCE EXCHANGE  $ 204.06

two hundred four dollars and 06/100 only — DOLLARS

Bank of America

ACH R/T 121000358

FOR  ACCT# Redacted 0202
2206 EUCLID AVE, EPA

Bates BOA-0005698

2555 PULGAS EPA LLC
4663 PARDEE AVE
FREMONT, CA 94538

1203

DATE  6/15/2018

PAY TO THE ORDER OF  GO     Polo  $ 7,000.00

Seven thousand and 00/100  DOLLARS

Bank of America

ACH R/T 121000358

FOR  BG

Bates BOA-0005302

2555 PULGAS EPA LLC
4663 PARDEE AVE
FREMONT, CA 94538

1202

DATE  6/15/2018

PAY TO THE ORDER OF  Cerro Pampa Polo Club  $ 4,000.00

Four thousand and 00/100  DOLLARS

Bank of America

ACH R/T 121000358

FOR  BG

Bates BOA-0005510

**2555 PULGAS EPA LLC**
4663 PARDEE AVE
FREMONT, CA 94538

1264

11-35/1210 CA
90769

DATE 7/10/2018

PAY TO THE ORDER OF _Joe Rubin_ $ 6,000.00

_Six thousand and 00/100_ DOLLARS

**Bank of America**
ACH R/T 121000358

FOR _San Gregorio - Interest_

_Georgino Rodriguez_

⑈001264⑈ ⑆121000358⑆ Redacted 646⑈

Bates BOA-0005556

---

**2555 PULGAS EPA LLC**
4663 PARDEE AVE
FREMONT, CA 94538

1250

11-35/1210 CA
90769

DATE 6/29/2018

PAY TO THE ORDER OF _Carolyn M. Bechtel_ $ 5,000.00

_Five thousand and 00/100_ DOLLARS

**Bank of America**
ACH R/T 121000358

FOR _GARLOCK_

_Georgino Rodriguez_

⑈001250⑈ ⑆121000358⑆ Redacted 646⑈

Bates BOA-0005452

---

**Bank of America**   Cashier's Check   No. 0740509821

Void After 90 Days   91-170/1221   Date 07/18/18 01:25:13 PM
NAZ

29TH & MISSION
8902   0000285   0028

Pay   BANK OF AMERICA   **$83,492.97**

**Eighty Three Thousand Four Hundred Ninety Two and 97/100 Dollars**

To The Order Of   THE SAN MATEO COUNTY TAX COLLECTOR
PARCEL NUMBER: 063-302-100

Remitter (Purchased By): SENIOR CARE OF CALIFORNIA LLC

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0740509821⑈ ⑆122101706⑆ Redacted 1717⑈   0008349297

Bates BOA-0000360

2

**Bank of America**

DEPOSIT • SAVINGS • WITHDRAWAL

**DEBIT**

Not Negotiable - Withdrawals are permitted only through payment to the depositor

Date 7/18/18

Name and Address  2555 Pulgas Epa, LLC
40 2514 St
San Francisco 94114
Telephone No. (650) 786-9859

eighty three thousand five hundred ninty two

Save time in line and help us avoid errors. The next time you make a withdrawal, please use your pre-printed withdrawal slips for your account.

and 97/100 Dollars

Customer Signature

Account Number  Redacted 6446

Total Withdrawal

$ 83,492.97

⑆540930135⑈

Bates BOA-0000360

---

2555 PULGAS EPA LLC
4663 PARDEE AVE
FREMONT, CA 94538

1232
11-35/1210 CA
90768

DATE 6/28/2018

PAY TO THE ORDER OF  Earl L. Whetstone II, D.D.S. A.P.C.

$ 4,192.73

Four thousand one hundred ninety-two and 73/100 DOLLARS

**Bank of America**
ACH R/T 121000358

FOR W. G.

Geogine Rodriguez

⑆001232⑈ ⑆121000358⑆ Redacted 6446⑈

Bates BOA-0005506

---

ProcessDate : 07/08/13
EffectiveDate : 07/07/13

2555 PULGAS EPA LLC
4663 PARDEE AVE
FREMONT, CA 94538

1259
11-35/1210 CA
90768

DATE 7/6/2018

PAY TO THE ORDER OF  Nordstrom

$ 500.00

Five hundred and 00/100 DOLLARS

**Bank of America**
ACH R/T 121000358

FOR Rosie - Account # 3812

Geogine Rodriguez

⑆001259⑈ ⑆121000358⑈ Redacted 6446⑈

Bates BOA-0005520

3