# Exhibit 5

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

In re: William F. Garlock , Case No. 12-30802
        Debtor                                                                     (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

   **1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                                     SOURCE

              (-1,971,000)     2010-2011 Foreclosure
                                        2011-2012 Unknown loss

**16. Spouses and Former Spouses**

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
Rosemarie Garlock

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See Attached Exhibit "A" | | | | |

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| All Entities in attached exhibit "A" | |

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

**19. Books, records and financial statements**

None ☑   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| John Rick<br>nickles, rick and Company<br>16360 Monterey Road Suite 170, Morgan Hill CA 95037 | two years preceeding |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

| | | |
|---|---|---|
| None ☑ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. | |

| NAME | ADDRESS |
|---|---|
| John Rick nickles, rick and Company | 16360 Monterey Road Suite 170, Morgan Hill CA 95037 |

| | | |
|---|---|---|
| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. | |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Cushman Rexroad, Oakland | |

---

**20. Inventories**

| | |
|---|---|
| None ☑ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| | | |

| | |
|---|---|
| None ☑ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| | |
|---|---|
| None ☑ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

| | |
|---|---|
| None ☑ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

---

# EXHIBIT A

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 2G Corporation | 77-0416141 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 15th & 1500 Broadway, LLC | 20-4999684 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 29 & Mission, LLC | 20-5619767 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 95 Fleur, LLC | 26-2687441 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 240 Mountain Home Rd, LLC | 200720410157 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 451 Oro Dam Blvd., LLC | 26-0484167 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 460-462 Bryant St., LLC | 80-123283 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 612 Jefferson, LLC | 90-0185246 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 642 Harrison & Hawthorne, LLc | 52-2443394 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 725 Runnymede, LLC | 26-0557586 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1149 Chestnut St., LLC | 94-3399232 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1160 Weeks EPA, LLC | 35-2264080 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1538 Broadway, LLC | 38-3730198 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1700 Van Ness Properties, LLC | 77-0523148 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1893 Woodland EPA, LLC | 51-0555196 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 1944 Menalto, Ave., LLC | 90-0185233 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 2266 Euclid, LLC | 26-1473900 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 2523 Steiner St., LLC | 90-0185210 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 2341 Valley Road, LLC | 26-0526227 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 2555 Pulgas EPA, LLC | 91-2161896 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |

## EXHIBIT A

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 3333 El Camino Real, LLC | 87-0705529 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 3580 W. Ina Road, LLC | 26-0414842 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 3924 El Camino Real, LLC | 36-4531397 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 4520 San Pablo Ave., LLC | 26-1609566 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 4550 San Pablo, LLC | 36-4582420 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 7601-7667 Speedway Tucson, LLC | 76-0798120 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| 7910 Walerga Road, LLC | 200822610306 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Club Source Investments, LLC | 20-4765131 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| CNG Financial, Inc. | 20-1392604 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Credit National Bermuda, Ltd. | 98-0516290 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Credit National de Geneve, Inc. | 80-0091216 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| El Cerrito Land Partners, LLC | 80-0092418 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| ECLP II, LLC | 26-0557518 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Forest Plaza Leasing Partners, LLC | 41-2102024 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Garlock and Company, Inc. | 75-3200720 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Garlock Loan Fund, LLC | 26-1293503 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Garlock 1989 Irrevocable Trust | 94-6624903 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| GFT Properties, LLC | 94-3370196 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Ina Del Oro II, LLC | 26-0693051 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| J Budd, LLC | 80-0091209 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |

## EXHIBIT A

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Karlo, LLC | 90-0133611 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Karlo II, LLC | 26-2141374 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Main & Harrison, LLC | 94-3344033 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| MCK Properties, LLC | 77-0490850 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Oro Bulevard II, LLC | 26-1294404 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Parc Telegraph Commecial Owners Association, Inc. | 20-5664694 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Pacific Heights Bar & Bistro, LLC | 20-8765259 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Parctel Partners, LLC | 94-3256281 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| RWC 98 Fifth Ave., LLC | 41-2055446 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| RWC Downtown Ventures Partners, LLC | 90-0185250 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| San Gregorio Sod Farm, LLC | 26-3756610 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Tea Court, LLC | 80-0123280 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| Third and Folson, LLC | 77-0521292 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| West Pacific Homes, LLC | 59-3814514 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| WFG Properties, Inc. | 77-0269651 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| White Elephant Partners, LLC | 20-4365755 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |
| William F. Garlock & Company, Inc. | 94-3032770 | 1450 El Camino Real, Menlo Park, CA 94025 | Real Estate | |