# Exhibit 6

**Exhibit 6**

## PERSONAL GUARANTY

**FOR GOOD CONSIDERATION**, and as an inducement to fund a $400,000.00 loan, to Georgina Rodriguez, Feng 24 LLC, a California Limited Liability Company, and 2555 Pulgas EPA, LLC  (Collectively Borrower) hereby personally guarantee to the Lender, Michael J. Kirsch and Martha A. Kirsch, husband and wife. $400,000.00 now or hereinafter due Lender for funds to develop 2601 24th Street San Francisco, CA 94110 and added collateral 40 29th Street, San Francisco, CA 94110

Full payment of principal and interest are due on or before March 13 2020

Until termination, this guaranty is limited to the principal and shall include, fees, interest, penalties to amount and shall remain in full force and effect notwithstanding any extension, compromise, adjustment, forbearance, waiver, release or discharge of any party obligor or guarantor, or release in whole or in part of any security granted for said indebtedness or compromise or adjustment thereto, and the undersigned waives all notices thereto.

The obligations of the undersigned shall, at the election of Lender be primary and not necessarily secondary and Lender shall not be required to exhaust its remedies as against Borrower prior to enforcing its rights under this guaranty against the undersigned.

The guaranty hereunder shall be unconditional and absolute and the undersigned waive all rights of subrogation and set-off until all sums due under this guaranty are fully paid. The undersigned further waives all surety ship defenses or defenses in the nature thereof, generally.

In the event payments due under this guaranty are not punctually paid upon demand, then the undersigned shall pay all reasonable costs and attorney's fees necessary for collection, and enforcement of this guaranty and encumber all assets and properties of the undersigned/Borrower

If there are two or more guarantors to this guaranty, the obligations shall be joint and several and binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

The undersigned warrants and represents it has full authority to enter into this guaranty.

Executed this ___13___ day of March, 2019

_____

Georgina Rodriguez

Guarantors: Managing Member: Feng 24, LLC and 2555 Pulgas, LLC