# Exhibit 7

# Exhibit 7 – Examples of Uses of the Kirsches' Funds in 2019

[Cashier's Check from California Bank & Trust, No. 618083, dated March 22, 2019, Remitter: Georgina Rodriguez Ramirez, "9 CAPT", Pay to the Order of: ***THE COVE***, Amount: ***7,400.00***]

Bates CBT-0001522 to -23

[Personal check No. 220 from Georgina Rodriguez Ramirez, 4663 Pardee Ave, Fremont, CA 94538, dated 3/28/19, Pay to the Order of: Bank of America, Amount: $8000, Eight Thousand dollars, California Bank & Trust, Memo: CC 4941]

Bates CBT-0001560

1

| ID | Category | Value |
|---|---|---|
| 1500 | Message Attributes | 3012110103P |
| 1510 | Type Code | 1000 |
| 2000 | Amount | 000000100000 |
| 3100 | Sender FI - ABA | 121101037 |
| 3100 | Sender FI - Short Name | BK STOC STOC |
| 3320 | Sender Reference | Redacted4024 |
| 3400 | Receiver FI - ABA | 121000358 |
| 3400 | Receiver FI - Short Name | BK AM SF |
| 3600 | Business Code | CTR |
| 4200 | Beneficiary - ID Code | D |
| 4200 | Beneficiary - Identifier | Redacted4912 |
| 4200 | Beneficiary - Name | MENLO CAPITAL 67TH STREET LLC |
| 5000 | Originator - ID Code | D |
| 5000 | Originator - Identifier | Redacted3136 |
| 5000 | Originator - Name | 27TH AND TELEGRAPH LLC |
| 5000 | Originator - Address 1 | 1450 EL CAMINO REAL |
| 5000 | Originator - Address 2 | MENLO PARK, CA 94025 |
| 5000 | Originator - Address 3 | GINA RAMIREZ |
| 6000 | Originator to Beneficiary Information - Info 1 | YR BRANCH SF CA 94110 |
| 6500 | FI to FI Information - Info 1 | MENLO CAPITAL TAX PREPARATION |

Bates BOS-0000028

| ID | Category | Value |
|---|---|---|
| 1500 | Message Attributes | 3012110103P |
| 1510 | Type Code | 1000 |
| 2000 | Amount | 000002734298 |
| 3100 | Sender FI - ABA | 121101037 |
| 3100 | Sender FI - Short Name | BK STOC STOC |
| 3320 | Sender Reference | Redacted4024 |
| 3400 | Receiver FI - ABA | 111000614 |
| 3400 | Receiver FI - Short Name | JPMCHASE TEXAS |
| 3600 | Business Code | CTR |
| 4200 | Beneficiary - ID Code | D |
| 4200 | Beneficiary - Identifier | Redacted6695 |
| 4200 | Beneficiary - Name | INTUIT RETURNS ACCOUNT |
| 4200 | Beneficiary - Address 1 | 2700 COAST AVE MOUNTAIN VIEW |
| 4200 | Beneficiary - Address 2 | CA 94043 |
| 5000 | Originator - ID Code | D |
| 5000 | Originator - Identifier | Redacted7708 |
| 5000 | Originator - Name | GEORGINA R RAMIREZ |
| 5000 | Originator - Address 1 | 750 MENLO AVE |
| 5000 | Originator - Address 2 | MENLO PARK, CA 94025 |
| 6000 | Originator to Beneficiary Information - Info 1 | YR BRANCH 270 PARK AVE |
| 6000 | Originator to Beneficiary Information - Info 2 | NEW YORK NY 10012 |
| 6500 | FI to FI Information - Info 1 | REF NO 107644463 SENIOR CARE |
| 6500 | FI to FI Information - Info 2 | OF CALIFORNIA LLC |

Bates BOS-0000098

2

> 2655   Polgas EPA, LLC                              90-100/1211
>
> DATE 3/21/2019
>
> PAY TO THE ORDER OF  Jason Garlock            $ 16,000.00
>
> Sixteen thousand and 00/100   DOLLARS
>
> BANK OF STOCKTON
> MODESTO COMMERCE BANK
> TURLOCK COMMERCE BANK
> ELK GROVE COMMERCE BANK
>
> MEMO  15K Promissory
>
> [signature: Georgina Rodriguez]

Bates BOS-0000037 to -38

> 5400 KIERNAN, LLC                                Bank of America        1453
> DBA HOSPITALITY HOUSE                            ACH R/T 121000358      11-35/1210 CA
> 4663 PARDEE AVE                                                         90769
> FREMONT CA 94538-1247
>                                                              3/21/2019
>
> PAY TO THE ORDER OF  Exchange Bank Loan Service Center   $ 17,352.15
>
> Seventeen Thousand Three Hundred Fifty-Two and 15/100   DOLLARS
>
> MEMO  Loan# 72173
>        February 2019
>        Replacement Check (Check# 1452)
>
> [signature: Georgina Rodriguez]

Bates BOA-0008036

3